Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendant
BEAU WALKER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROOKLYN TONI, an individual, and DOMINQUE JARDIN, guardian filing on behalf of minor N.J.<br><br>              Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and individual, BEAU WALKER, an individual, KYLE FORD, an individual, and DOES I-XX,<br><br>              Defendants. | Case No. 3:23-cv-00229-MMD-CLB<br><br>**DEFENDANT BEAU WALKER'S ANSWER TO FIRST AMENDED COMPLAINT** |

COMES NOW Defendant BEAU WALKER. by and through his attorneys Thorndal Armstrong, PC, and in answer to Plaintiffs' Complaint, hereby admits, denies and alleges as follows:

### FIRST DEFENSE

### JURISDICTION AND VENUE

1.      Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiffs' First Amended Complaint, and on such basis, denies said allegations.

2.      Defendant admits the allegations contained in Paragraph 2 of Plaintiffs' First Amended Complaint.

3.      Paragraph 3 of Plaintiffs' First Amended Complaint calls for a legal conclusion,

- 1 -

not facts, to which no response is required. To the extent Paragraph 3 is deemed to contain factual allegations, Defendant denies said allegations.

4.    Paragraph 4 of Plaintiffs' First Amended Complaint calls for a legal conclusion, not facts, to which no response is required. To the extent Paragraph 4 is deemed to contain factual allegations, Defendant denies said allegations.

5.    Defendant denies the allegations contained in Paragraph 5 of Plaintiffs' First Amended Complaint.

6.    Defendant denies the allegations contained in Paragraph 6 of Plaintiffs' First Amended Complaint.

## PARTIES

7.    Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiffs' First Amended Complaint and upon such basis, denies said allegations.

8.    Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiffs' First Amended Complaint and upon such basis, denies said allegations.

9.    Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiffs' First Amended Complaint and upon such basis, denies said allegations.

10.    In answer to Paragraph 10 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

11.    In answer to Paragraph 11 of Plaintiffs' First Amended Complaint, Defendant admits that he is a dean at Galena High School and that he was the coach of its baseball program at the time of the events described in Plaintiffs' First Amended Complaint.

12.    In answer to Paragraph 12 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

13.    In answer to Paragraph 13 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

## FACTUAL ALLEGATIONS

14.     Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiffs' First Amended Complaint and upon such basis, denies said allegations.

15.     Defendant denies the allegations contained in Paragraph 15 of Plaintiffs' First Amended Complaint.

16.     Defendant denies the allegations contained in Paragraph 16 of Plaintiffs' First Amended Complaint.

17.     Defendant denies the allegations contained in Paragraph 17 of Plaintiffs' First Amended Complaint.

18.     Defendant denies the allegations contained in Paragraph 18 of Plaintiffs' First Amended Complaint.

19.     Defendant denies allegations contained in Paragraph 19 of Plaintiffs' First Amended Complaint.

20.     Defendant denies the allegations contained in Paragraph 20 of Plaintiffs' First Amended Complaint.

21.     Defendant denies the allegations contained in Paragraph 21 of Plaintiffs' First Amended Complaint.

22.     Defendant denies the allegations contained in Paragraph 22 of Plaintiffs' First Amended Complaint.

23.     Defendant denies the allegations contained in Paragraph 23 of Plaintiffs' First Amended Complaint.

24.     Defendant denies the allegations contained in Paragraph 24 of Plaintiffs' First Amended Complaint.

25.     Defendant denies the allegations contained in Paragraph 25 of Plaintiffs' First Amended Complaint.

26.     Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiffs' First Amended

Complaint and upon such basis, denies said allegations.

27.    Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiffs' First Amended Complaint and upon such basis, denies said allegations.

28.    Defendant Walker denies the allegations in the first sentence of Paragraph 28 of Plaintiffs' First Amended Complaint. Defendant admits the allegations in the second sentence of Paragraph 28 of Plaintiffs' First Amended Complaint. Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in the third sentence of Paragraph 28 of Plaintiffs' First Amended Complaint and upon such basis, denies said allegations.

29.    Defendant denies the allegations in Paragraph 29 of Plaintiffs' First Amended Complaint.

30.    Defendant denies the allegations contained in Paragraph 30 of Plaintiffs' First Amended Complaint.

31.    Defendant denies the allegations contained in Paragraph 31 of Plaintiffs' First Amended Complaint.

32.    Defendant denies the allegations contained in Paragraph 32 of Plaintiffs' First Amended Complaint.

33.    Defendant denies the allegations contained in Paragraph 33 of Plaintiffs' First Amended Complaint.

34.    In answer to Paragraph 34 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendants.

35.    In answer to Paragraph 35 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

36.    Defendant denies the allegations contained in Paragraph 36 of Plaintiffs' First Amended Complaint.

37.    Defendant denies the allegations contained in Paragraph 37 of Plaintiffs' First Amended Complaint.

38.     Defendant denies the allegations contained in Paragraph 38 of Plaintiffs' First Amended Complaint.

39.     In answer to Paragraph 39 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

40.     In answer to Paragraph 40 of Plaintiffs' First Amended Complaint, Defendant admits that the baseball team went to Southern California on or about March 19, 2022, that the players stayed with the coaches and that parents made their own travel arrangements and denies any remaining allegations in Paragraph 40.

41.     Defendant denies the allegations contained in Paragraph 38 of Plaintiffs' First Amended Complaint.

42.     In answer to Paragraph 42 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

43.     In answer to Paragraph 43 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

44.     Defendant denies the allegations contained in Paragraph 44 of Plaintiffs' First Amended Complaint.

45.     In answer to Paragraph 45 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

46.     Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 46 of Plaintiffs' First Amended Complaint and, upon such basis, denies said allegations.

47.     Defendant denies the allegations contained in Paragraph 47 of Plaintiffs' First Amended Complaint.

48.     Defendant denies the allegations contained in Paragraph 48 of Plaintiffs' First Amended Complaint.

49.     Defendant denies the allegations contained in Paragraph 49 of Plaintiffs' First Amended Complaint.

50.     Defendant denies the allegations contained in Paragraph 50 of Plaintiffs' First

Amended Complaint.

51.     In answer to Paragraph 51 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

52.     Defendant Walker is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 52 of Plaintiffs' First Amended Complaint. Defendant denies the allegations contained in the second sentence of Paragraph 52 of Plaintiffs' First Amended Complaint.

53.     In answer to Paragraph 53 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

54.     In answer to Paragraph 54 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

55.     Defendant denies the allegations contained in Paragraph 55 of Plaintiffs' First Amended Complaint.

56.     Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiffs' First Amended Complaint and upon such basis, denies said allegations.

57.     In answer to Paragraph 57 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

58.     In answer to Paragraph 58 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

59.     Defendant Walker denies the allegations contained in the first sentence of Paragraph 59 of Plaintiffs' First Amended Complaint. Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 59 of Plaintiffs' First Amended Complaint and upon such basis, denies said allegations.

60.     Defendant is without sufficient knowledge or information with which to form a belief as to the truth of the allegations contained in Paragraph 60 of Plaintiffs' First Amended Complaint and upon such basis, denies said allegations.

1    61.    Defendant denies the allegations contained in Paragraph 61 of Plaintiffs' First

2  Amended Complaint.

3    62.    Defendant denies the allegations contained in Paragraph 62 of Plaintiffs' First

4  Amended Complaint.

5    63.    Defendant denies the allegations contained in Paragraph 63 of Plaintiffs' First

6  Amended Complaint.

7    64.    Defendant is without sufficient knowledge or information with which to form a

8  belief as to the truth of the allegations contained in Paragraph 64 of Plaintiffs' First Amended

9  Complaint and upon such basis, denies said allegations.

10    65.    Defendant is without sufficient knowledge or information with which to form a

11  belief as to the truth of the allegations contained in Paragraph 65 of Plaintiffs' First Amended

12  Complaint and upon such basis, denies said allegations.

13    66.    Defendant is without sufficient knowledge or information with which to form a

14  belief as to the truth of the allegations contained in Paragraph 66 of Plaintiffs' First Amended

15  Complaint and upon such basis, denies said allegations.

16    67.    Defendant is without sufficient knowledge or information with which to form a

17  belief as to the truth of the allegations contained in Paragraph 67 of Plaintiffs' First Amended

18  Complaint and upon such basis, denies said allegations.

19    68.    Defendant denies the allegations contained in Paragraph 68 of Plaintiffs' First

20  Amended Complaint.

21    69.    Defendant denies the allegations contained in Paragraph 69 of Plaintiffs' First

22  Amended Complaint.

23    70.    Defendant denies the allegations contained in Paragraph 70 of Plaintiffs' First

24  Amended Complaint.

25    71.    Defendant is without sufficient knowledge or information with which to form a

26  belief as to the truth of the allegations contained in Paragraph 71 of Plaintiffs' First Amended

27  Complaint and upon such basis, denies said allegations.

28    72.    Defendant denies the allegations contained in Paragraph 72 of Plaintiffs' First

Amended Complaint.

73.    Defendant denies the allegations contained in Paragraph 73 of Plaintiffs' First Amended Complaint.

74.    Defendant denies the allegations contained in Paragraph 74 of Plaintiffs' First Amended Complaint.

75.    Defendant denies the allegations contained in Paragraph 75 of Plaintiffs' First Amended Complaint.

76.    Defendant denies the allegations contained in Paragraph 76 of Plaintiffs' First Amended Complaint.

77.    In answer to Paragraph 77 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

78.    Defendant denies the allegations contained in Paragraph 78 of Plaintiffs' First Amended Complaint.

79.    Defendant denies the allegations contained in Paragraph 79 of Plaintiffs' First Amended Complaint.

80.    Paragraph 80 of the Plaintiffs' First Amended Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 80 is deemed to contain factual allegations, Defendant denies said allegations.

81.    Defendant denies the allegations contained in Paragraph 81 of Plaintiffs' First Amended Complaint.

82.    Defendant denies the allegations contained in Paragraph 82 of Plaintiffs' First Amended Complaint.

83.    Defendant denies the allegations contained in Paragraph 83 of Plaintiffs' First Amended Complaint.

84.    Defendant denies the allegations contained in Paragraph 84 of Plaintiffs' First Amended Complaint.

85.    Defendant denies the allegations contained in Paragraph 85 of Plaintiffs' First Amended Complaint.

86.     Defendant denies the allegations contained in Paragraph 86 of Plaintiffs' First Amended Complaint.

## FIRST CAUSE OF ACTION

### (*Declaratory Relief Under 42 U.S.C. § 1983*)

87.     In answer to Paragraph 87 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 86 as though fully set forth herein at length.

88.     Defendant denies the allegations contained in Paragraph 88 of Plaintiffs' First Amended Complaint.

89.     Defendant denies the allegations contained in Paragraph 89 of Plaintiffs' First Amended Complaint.

90.     Defendant denies the allegations contained in Paragraph 90 of Plaintiffs' First Amended Complaint.

91.     Defendant denies the allegations contained in Paragraph 91 of Plaintiffs' First Amended Complaint.

92.     Defendant denies the allegations contained in Paragraph 92 of Plaintiffs' First Amended Complaint.

93.     Defendant denies the allegations contained in Paragraph 93 of Plaintiffs' First Amended Complaint.

## SECOND CAUSE OF ACTION

### (*VIOLATION OF 14TH AMEND. – EQUAL PROTECTION*)

94.     In answer to Paragraph 94 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 93 as though fully set forth herein at length.

95.     Defendant denies the allegations contained in Paragraph 95 of Plaintiffs' First Amended Complaint.

96.     Defendant denies the allegations contained in Paragraph 96 of Plaintiffs' First Amended Complaint.

97. Defendant denies the allegations contained in Paragraph 97 of Plaintiffs' First Amended Complaint.

98. Defendant denies the allegations contained in Paragraph 98 of Plaintiffs' First Amended Complaint.

99. Defendant denies the allegations contained in Paragraph 99 of Plaintiffs' First Amended Complaint.

100. Defendant denies the allegations contained in Paragraph 100 of Plaintiffs' First Amended Complaint.

101. Defendant denies the allegations contained in Paragraph 101 of Plaintiffs' First Amended Complaint.

102. Defendant denies the allegations contained in Paragraph 102 of Plaintiffs' First Amended Complaint.

103. Defendant denies the allegations contained in Paragraph 103 of Plaintiffs' First Amended Complaint.

104. Defendant denies the allegations contained in Paragraph 104 of Plaintiffs' First Amended Complaint.

105. Defendant denies the allegations contained in Paragraph 105 of Plaintiffs' First Amended Complaint.

106. Defendant denies the allegations contained in Paragraph 106 of Plaintiffs' First Amended Complaint.

107. Defendant denies the allegations contained in Paragraph 107 of Plaintiffs' First Amended Complaint.

108. Defendant denies the allegations contained in Paragraph 108 of Plaintiffs' First Amended Complaint.

## THIRD CAUSE OF ACTION

### (*VIOLATION OF 14TH AMEND. – PROCEDURAL DUE PROCESS*)

109. In answer to Paragraph 109 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 108 as though fully set

1  forth herein at length.

2      110.    Defendant denies the allegations contained in Paragraph 110 of Plaintiffs' First

3  Amended Complaint.

4      111.    Defendant denies the allegations contained in Paragraph 111 of Plaintiffs' First

5  Amended Complaint.

6      112.    Defendant denies the allegations contained in Paragraph 112 of Plaintiffs' First

7  Amended Complaint.

8      113.    Defendant denies the allegations contained in Paragraph 113 of Plaintiffs' First

9  Amended Complaint.

10      114.    Defendant denies the allegations contained in Paragraph 114 of Plaintiffs' First

11  Amended Complaint.

12      115.    Defendant denies the allegations contained in Paragraph 115 of Plaintiffs' First

13  Amended Complaint.

14      116.    Defendant denies the allegations contained in Paragraph 116 of Plaintiffs' First

15  Amended Complaint.

16      117.    Defendant denies the allegations contained in Paragraph 117 of Plaintiffs' First

17  Amended Complaint.

18      118.    Defendant denies the allegations contained in Paragraph 118 of Plaintiffs' First

19  Amended Complaint.

20      119.    Defendant denies the allegations contained in Paragraph 119 of Plaintiffs' First

21  Amended Complaint.

22      120.    Defendant denies the allegations contained in Paragraph 120 of Plaintiffs' First

23  Amended Complaint.

24      121.    Defendant denies the allegations contained in Paragraph 121 of Plaintiffs' First

25  Amended Complaint.

26  / / /

27  / / /

28  / / /

## **FOURTH CAUSE OF ACTION**

### (*CLAIM FOR DAMAGES FOR VIOLATION OF TITLE IX OF THE EDUCATION AMENDMENTS OF 1972 – 20 U.S.C. § 1681 ET SEQ.*)

122.    In answer to Paragraph 122 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 121 as though fully set forth herein at length.

123.    Defendant denies the allegations contained in Paragraph 123 of Plaintiffs' First Amended Complaint.

124.    Defendant denies the allegations contained in Paragraph 124 of Plaintiffs' First Amended Complaint.

125.    Defendant denies the allegations contained in Paragraph 125 of Plaintiffs' First Amended Complaint.

126.    Defendant denies the allegations contained in Paragraph 126 of Plaintiffs' First Amended Complaint.

127.    Defendant denies the allegations contained in Paragraph 127 of Plaintiffs' First Amended Complaint.

128.    Defendant denies the allegations contained in Paragraph 128 of Plaintiffs' First Amended Complaint.

129.    Defendant denies the allegations contained in Paragraph 129 of Plaintiffs' First Amended Complaint.

130.    Defendant denies the allegations contained in Paragraph 130 of Plaintiffs' First Amended Complaint.

131.    Defendant denies the allegations contained in Paragraph 131 of Plaintiffs' First Amended Complaint.

132.    Defendant denies the allegations contained in Paragraph 132 of Plaintiffs' First Amended Complaint.

133.    Defendant denies the allegations contained in Paragraph 133 of Plaintiffs' First Amended Complaint.

134.    Defendant denies the allegations contained in Paragraph 134 of Plaintiffs' First Amended Complaint.

135.    Defendant denies the allegations contained in Paragraph 135 of Plaintiffs' First Amended Complaint.

## FIFTH CAUSE OF ACTION

### (*CLAIM FOR DAMAGES FOR VIOLATION OF TITLE VI OF THE CIVIL RIGHTS ACT OF 1964 – 42 U.S.C. § 2000d ET SEQ.*)

136.    In answer to Paragraph 136 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 135 as though fully set forth herein at length.

137.    Defendant denies the allegations contained in Paragraph 137 of Plaintiffs' First Amended Complaint.

138.    Defendant denies the allegations contained in Paragraph 138 of Plaintiffs' First Amended Complaint.

139.    Defendant denies the allegations contained in Paragraph 139 of Plaintiffs' First Amended Complaint.

140.    Defendant denies the allegations contained in Paragraph 140 of Plaintiffs' First Amended Complaint.

141.    Defendant denies the allegations contained in Paragraph 141 of Plaintiffs' First Amended Complaint.

142.    Defendant denies the allegations contained in Paragraph 142 of Plaintiffs' First Amended Complaint.

143.    Defendant denies the allegations contained in Paragraph 143 of Plaintiffs' First Amended Complaint.

144.    Defendant denies the allegations contained in Paragraph 144 of Plaintiffs' First Amended Complaint.

145.    Defendant denies the allegations contained in Paragraph 145 of Plaintiffs' First Amended Complaint.

146.    Defendant denies the allegations contained in Paragraph 146 of Plaintiffs' First Amended Complaint.

147.    Defendant denies the allegations contained in Paragraph 147 of Plaintiffs' First Amended Complaint.

148.    Defendant denies the allegations contained in Paragraph 148 of Plaintiffs' First Amended Complaint.

149.    Defendant denies the allegations contained in Paragraph 149 of Plaintiffs' First Amended Complaint.

**SIXTH CAUSE OF ACTION**

(*ASSAULT AGAINST DEFENDANT FORD*)

150.    In answer to Paragraph 150 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 149 as though fully set forth herein at length.

151.    In answer to Paragraph 151 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

152.    Defendant denies the allegations contained in Paragraph 152 of Plaintiffs' First Amended Complaint.

153.    In answer to Paragraph 153 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

154.    Defendant denies the allegations contained in Paragraph 154 of Plaintiffs' First Amended Complaint.

**SEVENTH CAUSE OF ACTION**

(*PROVOKING ASSAULT AGAINST DEFENDANT FORD*)

155.    In answer to Paragraph 155 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 154 as though fully set forth herein at length.

156.    In answer to Paragraph 156 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

- 14 -

157.    Defendant denies the allegations contained in Paragraph 157 of Plaintiffs' First Amended Complaint.

158.    In answer to Paragraph 158 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

159.    Defendant denies the allegations contained in Paragraph 159 of Plaintiffs' First Amended Complaint.

## EIGHTH CAUSE OF ACTION

### (*LIBEL AGAINST DEFENDANT FORD*)

160.    In answer to Paragraph 160 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 159 as though fully set forth herein at length.

161.    In answer to Paragraph 161 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

162.    Defendant denies the allegations contained in Paragraph 162 of Plaintiffs' First Amended Complaint.

163.    In answer to Paragraph 163 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

164.    Defendant denies the allegations contained in Paragraph 164 of Plaintiffs' First Amended Complaint.

## NINTH CAUSE OF ACTION

### (*HARASSMENT AGAINST DEFENDANT FORD AND ALL MINOR DEFENDANTS*)

165.    In answer to Paragraph 165 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 164 as though fully set forth herein at length.

166.    In answer to Paragraph 166 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

167.    Defendant denies the allegations contained in Paragraph 167 of Plaintiffs' First Amended Complaint.

168.    In answer to Paragraph 168 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

169.    Defendant denies the allegations contained in Paragraph 169 of Plaintiffs' First Amended Complaint.

## TENTH CAUSE OF ACTION

### (*STALKING AGAINST DEFENDANT FORD*)

170.    In answer to Paragraph 170 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 169 as though fully set forth herein at length.

171.    In answer to Paragraph 171 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

172.    Defendant denies the allegations contained in Paragraph 172 of Plaintiffs' First Amended Complaint.

173.    In answer to Paragraph 173 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

174.    Defendant denies the allegations contained in Paragraph 174 of Plaintiffs' First Amended Complaint.

## ELEVENTH CAUSE OF ACTION

### (*STALKING TO CAUSE HARM AGAINST DEFENDANT FORD*)

175.    In answer to Paragraph 175 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 174 as though fully set forth herein at length.

176.    In answer to Paragraph 176 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

177.    Defendant denies the allegations contained in Paragraph 177 of Plaintiffs' First Amended Complaint.

178.    In answer to Paragraph 178 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

179.    Defendant denies the allegations contained in Paragraph 179 of Plaintiffs' First Amended Complaint.

## TWELFTH CAUSE OF ACTION

### (*HAZING AGAINST DEFENDANT FORD AND ALL MINOR DEFENDANTS*)

180.    In answer to Paragraph 180 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 179 as though fully set forth herein at length.

181.    Defendant denies the allegations contained in Paragraph 181 of Plaintiffs' First Amended Complaint.

182.    Defendant denies the allegations contained in Paragraph 182 of Plaintiffs' First Amended Complaint.

183.    In answer to Paragraph 183 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

184.    Defendant denies the allegations contained in Paragraph 184 of Plaintiffs' First Amended Complaint.

## THIRTEENTH CAUSE OF ACTION

### (*BULLYING BY USE OF ELECTRONIC COMMUNICATION DEVICE AGAINST DEFENDANT FORD AND ALL MINOR DEFENDANTS*)

185.    In answer to Paragraph 185 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 184 as though fully set forth herein at length.

186.    In answer to Paragraph 186 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

187.    In answer to Paragraph 187 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

188.    Defendant denies the allegations contained in Paragraph 188 of Plaintiffs' First Amended Complaint.

189.    In answer to Paragraph 189 of Plaintiffs' First Amended Complaint, the

allegations contained therein do not apply to this answering Defendant.

190.    Defendant denies the allegations contained in Paragraph 190 of Plaintiffs' First Amended Complaint.

## FOURTEENTH CAUSE OF ACTION

### (*INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST DEFENDANT FORD AND ALL MINOR DEFENDANTS*)

191.    In answer to Paragraph 191 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 190 as though fully set forth herein at length.

192.    In answer to Paragraph 192 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

193.    Paragraph 193 of Plaintiffs' First Amended Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 193 is deemed to contain factual allegations, Defendant denies said allegations.

194.    Defendant denies the allegations contained in Paragraph 194 of Plaintiffs' First Amended Complaint.

195.    In answer to Paragraph 195 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

196.    Defendant denies the allegations contained in Paragraph 196 of Plaintiffs' First Amended Complaint.

## FIFTEENTH CAUSE OF ACTION

### (*NEGLIGENT HIRING, RETENTION, AND SUPERVISION AGAINST DEFENDANT WCSD*)

197.    In answer to Paragraph 197 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 196 as though fully set forth herein at length.

198.    Paragraph 198 of the Plaintiffs' First Amended Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 198 is deemed

to contain factual allegations, Defendant denies said allegations.

199.    Defendant denies the allegations contained in paragraph 199 of Plaintiffs' First Amended Complaint.

200.    Defendant denies the allegations contained in Paragraph 200 of Plaintiffs' First Amended Complaint.

201.    Defendant denies the allegations contained in Paragraph 201 of Plaintiffs' First Amended Complaint.

202.    In answer to Paragraph 202 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

203.    Defendant denies the allegations contained in Paragraph 203 of Plaintiffs' First Amended Complaint.

## SIXTEENTH CAUSE OF ACTION

### (*NEGLIGENCE AGAINST ALL DEFENDANTS*)

204.    In answer to Paragraph 204 of Plaintiffs' First Amended Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 203 as though fully set forth herein at length.

205.    Paragraph 205 of the Plaintiffs' First Amended Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 205 is deemed to contain factual allegations, Defendant denies said allegations.

206.    Paragraph 206 of the Plaintiffs' First Amended Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 206 is deemed to contain factual allegations, Defendant denies said allegations.

207.    Defendant denies the allegations contained in Paragraph 207 of Plaintiffs' First Amended Complaint.

208.    Defendant denies the allegations contained in Paragraph 208 of Plaintiffs' First Amended Complaint.

209.    Defendant denies the allegations contained in Paragraph 209 of Plaintiffs' First Amended Complaint.

210.    Defendant denies the allegations contained in Paragraph 210 of Plaintiffs' First Amended Complaint.

211.    Defendant denies the allegations contained in Paragraph 211 of Plaintiffs' First Amended Complaint.

212.    Defendant denies the allegations contained in Paragraph 212 of Plaintiffs' First Amended Complaint.

213.    Defendant denies the allegations contained in Paragraph 213 of Plaintiffs' First Amended Complaint.

214.    Defendant denies the allegations contained in Paragraph 214 of Plaintiffs' First Amended Complaint.

215.    Defendant denies the allegations contained in Paragraph 215 of Plaintiffs' First Amended Complaint.

216.    Defendant denies the allegations contained in Paragraph 216 of Plaintiffs' First Amended Complaint.

217.    Defendant denies the allegations contained in Paragraph 217 of Plaintiffs' First Amended Complaint.

218.    Defendant denies the allegations contained in Paragraph 218 of Plaintiffs' First Amended Complaint.

219.    Defendant denies the allegations contained in Paragraph 219 of Plaintiffs' First Amended Complaint.

220.    Defendant denies the allegations contained in Paragraph 220 of Plaintiffs' First Amended Complaint.

221.    Defendant denies the allegations contained in Paragraph 221 of Plaintiffs' First Amended Complaint.

222.    Defendant denies the allegations contained in Paragraph 222 of Plaintiffs' First Amended Complaint.

/ / /

/ / /

**SEVENTEENTH CAUSE OF ACTION**

(*CONSPIRACY AGAINST DEFENDANT WALKER, FORD,*

*AND ALL MINOR DEFENDANTS*)

223. In answer to Paragraph 223 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 222 as though fully set forth herein at length.

224. Paragraph 224 of the Plaintiffs' First Amended Complaint calls for a legal conclusion, not facts, to which no response is required. To the extent Paragraph 224 is deemed to contain factual allegations, Defendant denies said allegations.

225. Defendant denies the allegations contained in Paragraph 225 of Plaintiffs' First Amended Complaint.

226. Defendant denies the allegations contained in Paragraph 226 of Plaintiffs' First Amended Complaint.

227. Defendant denies the allegations contained in Paragraph 227 of Plaintiffs' First Amended Complaint.

228. Defendant denies the allegations contained in Paragraph 228 of Plaintiffs' First Amended Complaint.

229. Defendant denies the allegations contained in Paragraph 229 of Plaintiffs' First Amended Complaint.

230. Defendant denies the allegations contained in Paragraph 230 of Plaintiffs' First Amended Complaint.

231. Defendant denies the allegations contained in Paragraph 231 of Plaintiffs' First Amended Complaint.

**EIGHTEENTH CAUSE OF ACTION**

(*42 U.S.C. §1983 – MONELL LIABILITY AGAINST WCSD AND WALKER*)

232. In answer to Paragraph 232 of Plaintiffs' Complaint, Defendant repeats and realleges each and every answer to Paragraphs 1 through 231 as though fully set forth herein at length.

233.     In answer to Paragraph 233 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

234.     Paragraph 234 of the Plaintiffs' First Amended Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 234 is deemed to contain factual allegations, Defendant denies said allegations.

235.     Paragraph 235 of the Plaintiffs' First Amended Complaint calls for a legal conclusion, not facts, to which no response is required.  To the extent Paragraph 235 is deemed to contain factual allegations, Defendant denies said allegations.

236.     Defendant denies the allegations contained in Paragraph 236 of Plaintiffs' First Amended Complaint.

237.     Defendant denies the allegations contained in Paragraph 237 of Plaintiffs' First Amended Complaint.

238.     Defendant denies the allegations contained in Paragraph 238 of Plaintiffs' First Amended Complaint.

239.     Defendant denies the allegations contained in Paragraph 239 of Plaintiffs' First Amended Complaint.

240.     Defendant denies the allegations contained in Paragraph 240 of Plaintiffs' First Amended Complaint.

241.     Defendant denies the allegations contained in Paragraph 241 of Plaintiffs' First Amended Complaint.

242.     Defendant denies the allegations contained in Paragraph 242 of Plaintiffs' First Amended Complaint.

243.     Defendant denies the allegations contained in Paragraph 243 of Plaintiffs' First Amended Complaint.

## EIGHTEENTH CAUSE OF ACTION

### *(PUNITIVE DAMAGES AGAINST ALL DEFENDANTS)*

244.     In answer to Paragraph 244 of Plaintiffs' First Amended Complaint, the allegations contained therein do not apply to this answering Defendant.

245.    Defendant denies the allegations contained in Paragraph 243 of Plaintiffs' First Amended Complaint.

### SECOND DEFENSE

Plaintiffs' First Amended Complaint on file herein fails to state a claim against this Defendant upon which relief may be granted.

### THIRD DEFENSE

At all times and places alleged in Plaintiffs' First Amended Complaint, the negligence, misconduct, and fault of Plaintiffs exceed that of this Defendant, if any, and Plaintiffs are thereby barred from any recovery against this Defendant.

### FOURTH DEFENSE

The occurrence referred to in Plaintiffs' First Amended Complaint, and all damages, if any, arising therefrom, were caused by the acts or omissions of a third person or persons over whom this Defendant had no control.

### FIFTH DEFENSE

It has been necessary for this Defendant to employ the services of an attorney to defend this action, and a reasonable sum should be allowed this Defendant as and for attorney's fees, together with her costs expended in this action.

### SIXTH DEFENSE

This Defendant alleges that at all times and places alleged in the Complaint, Plaintiffs did not exercise ordinary care, caution or prudence in the premises to avoid the loss herein complained of, and that same was directly and proximately contributed to and caused by the negligence, misconduct and fault of the Plaintiffs.

### SEVENTH DEFENSE

Upon information and belief, Plaintiffs have failed to mitigate their damages.

### EIGHTH DEFENSE

This Defendant's alleged actions or omissions were taken with due care in the execution of the statutes and regulations, and, therefore, this Defendant is statutorily immune from this action.

### NINTH DEFENSE

This Defendant's alleged actions or omissions occurred in the exercise or performance of discretionary functions and duties, and, therefore, this Defendant is statutorily immune from this action.

### TENTH DEFENSE

An award of punitive damages against this Defendant would be violative of the Fifth Amendment of the United States Constitution in that there is no assurance against multiple, unrestrained punishment in the form of punitive damages.  Such an award of punitive damages would be violative of the double jeopardy provisions of the Nevada Constitution, Art. I, §8.

### ELEVENTH DEFENSE

An award of punitive damages against this Defendant would be violative of the due process clause of the United States Constitution, the Fourteenth Amendment, §1, and violative of the due process clause of the Nevada Constitution, Art. I, §8.

### TWELFTH DEFENSE

An award of punitive damages against this Defendant would constitute an undue burden upon interstate commerce and violate the interstate commerce clause of the United States Constitution, Art. I, §8.

### THIRTEENTH DEFENSE

An award of punitive damages against this Defendant would constitute an excessive fine violative of the Nevada Constitution, Art. I, §7.

### FOURTEENTH DEFENSE

An award of punitive damages against this Defendant should be barred since Plaintiffs cannot establish that this Defendant had an "evil mind" and "conducted himself in an aggravated and outrageous manner."

### FIFTEENTH DEFENSE

The burden of proof on punitive damages should be by clear and convincing evidence.

### SIXTEENTH DEFENSE

Plaintiffs may have suffered from a pre-existing injury or condition and are not entitled to

compensation therefor.

### SEVENTEENTH DEFENSE

Without acknowledging liability, this Defendant affirmatively states that his liability is several, and not joint and several, pursuant to NRS 41.141.

### EIGHTEENTH DEFENSE

The damages recoverable against this Defendant, if any, are limited by the provisions of NRS 41.035.

### NINETEENTH DEFENSE

This Defendant is entitled to good faith qualified immunity from suit.

### TWENTIETH DEFENSE

Punitive damages are not recoverable against this Defendant pursuant to NRS 41.035.

### TWENTY-FIRST DEFENSE

The Plaintiffs have failed to exhaust necessary administrative remedies prior to filing suit.

### TWENTY-SECOND DEFENSE

Plaintiffs' cannot demonstrate that they have been deprived of a liberty or property interest protected by the Fourteenth Amendment of the United States Constitution or the Nevada Constitution.

### TWENTY-THIRD DEFENSE

Plaintiffs cannot demonstrate that Defendant Beau Walker entered into an agreement or meeting of the minds with any other individually named Defendant to violate Plaintiffs' constitutional rights.

### TWENTY-FOURTH DEFENSE

Plaintiffs did not suffer extreme or severe emotional distress as a result of any conduct of Defendant Beau Walker.

### TWENTY-FIFTH DEFENSE

Plaintiffs' medical charges, if any, are not and were not reasonable or customary.

## TWENTY-SIXTH DEFENSE

Plaintiffs' medical care and/or treatment, if any, is not and was not necessary or related to the incident that forms the basis of Plaintiffs' First Amended Complaint.

## TWENTY-SEVENTH DEFENSE

This answering Defendant is not a policy-making official as related to any claims for municipal liability under 42 U.S.C. §1983.

## TWENTY-EIGHTH DEFENSE

This answering Defendant cannot be held liable under Title IX because there is no individual liability under Title IX.

## TWENTY-NINTH DEFENSE

This answering Defendant cannot be held liable under Title VI because there is no individual liability under Title VI of the Civil Rights Act of 1964.

## THIRTIETH DEFENSE

Pursuant to FRCP 11, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's answer, and therefore Defendant reserves the right to amend this answer to allege additional affirmative defenses if subsequent investigation warrants.

WHEREFORE, Defendant prays:

1. That Plaintiffs' First Amended Complaint be dismissed with prejudice and that they take nothing thereby;

2. That Defendant be awarded a reasonable attorney's fee and costs of suit; and

3. For such other and further relief as this Court deems just and proper.

DATED this 21st day of August, 2023.

THORNDAL ARMSTRONG, PC

By: ___*/s/ Katherine Parks*___
    KATHERINE F. PARKS, ESQ.
    Nevada Bar No. 6227
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    Attorney for Defendant
    BEAU WALKER

1

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and

that on this date I caused the foregoing **ANSWER TO PLAINTIFFS' FIRST AMENDED**

**COMPLAINT** to be served on all parties to this action by:

_____ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the

United States mail at Reno, Nevada.

__✓__ United States District Court, District of Nevada CM/ECF (Electronic Case Filing)

_____ personal delivery

_____ electronic means (facsimile or electronic mail)

_____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

> **Sigal Chattah, Esq.**
> **CHATTAH LAW GROUP**
> **5875 S. Rainbow Blvd., #203**
> **Las Vegas, NV  89118**
>
> **Joseph S. Gilbert, Esq.**
> **JOEY GILBERT LAW**
> **405 Marsh Avenue**
> **Reno, NV  89501**
> ***Co-Counsel for Plaintiffs***

DATED this 21st day of August, 2023.

_____/s/ Laura Bautista_____
An employee of Thorndal Armstrong, PC