1  GINA M. MUSHMECHE, ESQ.
   Nevada Bar No. 10411
2  SCHNITZER, JOHNSON, & WATSON, CHTD.
3  8985 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
4  Tel: (702) 362-6666
   Fax: (702) 362-2203
5  gmushmeche@ksjattorneys.com
   *Attorneys for Defendant*
6  *KYLE FORD*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKLYN TONI, an individual, and DOMINIQUE JARDIN, guardian filing on behalf of minor N.J.<br><br>Plaintiff,<br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and individual, KYLE FORD, an individual, and C.B., L.S., A.K., D.B., L.G., J.A., G.P., K.M., J.C., R.C., and D.W., as minor Defendants, and DOES I - XX<br><br>Defendants. | Case No.: 3:23-00229-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs BROOKLYN TONI and DOMINIC JARDIN, by and through their attorneys, Chattah Law Group and Joey Gilbert Law, and Defendant, KYLE FORD, by and through his attorneys, Schnitzer Johnson & Watson, Chtd., hereby stipulate that the above matter shall be dismissed, against Defendant Kyle Ford with prejudice. Each party shall bear his own costs and attorneys' fees.

///

///

///

///

Page 1

Dated this 20th day of May 2024.

INJURY ATTORNEYS OF NEVADA

*/s/ Sigal Chattah*
Sigal Chattah, Esq.
Nevada Bar No. 8264
5875 S. Rainbow Blvd # 205
Las Vegas, Nevada 89118
*Attorney for Plaintiffs*

Dated this 20th day of May 2024.

SCHNITZER JOHNSON & WATSON, CHTD.

*/s/ Gina M Mushmeche*
Gina M. Mushmeche, Esq.
Nevada Bar No. 10411
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
*Attorney for Defendant, Kyle Ford*

JOEY GILBERT LAW

*/s/ Joseph Gilbert*
Joseph S. Gilbert, Esq.
Nevada Bar No. 9033
405 Marsh Ave.
Reno, NV 89501
*Attorney For Plaintiffs*

*Toni et al. v. Ford*

*Case No. 3:23-cv-00229-MMD-CLB*

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of records and good cause appearing, therefore:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be dismissed against Defendant Kype Ford **with prejudice**, with each party to bear his own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED this 21st day of May 2024.

Submitted by:

SCHNITZER JOHNNSON & WATSON, CHTD.

*/s/ Gina M. Mushmeche*
GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 10411
SCHNITZER JOHNNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
gmushmeche@sjwlawfirm.com
*Attorney for Defendant, Kyle Ford*