Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendant
BEAU WALKER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKLYN TONI, an individual, and DOMINQUE JARDIN, guardian filing on behalf of minor N.J.,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and individual, BEAU WALKER, an individual, KYLE FORD, an individual, and DOES I-XX,<br><br>Defendants. | Case No.   3:23-cv-00229-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF BROOKLYN TONI ONLY** |

COMES NOW, Plaintiffs BROOKLYN TONI and DOMINQUE JARDIN, guardian filing on behalf of minor N.J., and Defendants WASHOE COUNTY SCHOOL DISTRICT and BEAU WALKER, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice as to BROOKLYN TONI, only, and each party to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

- 1 -

Dated this 12th day of November, 2024.

By: */s/ Joseph Gilbert*
SIGAL CHATTAH, ESQ.
Chattah Law Group
5875 S. Rainbow Blvd., #203
Las Vegas, NV  89118

JOSEPH S. GILBERT, ESQ.
Joey Gilbert Law
405 Marsh Avenue
Reno, NV  89501
Attorneys for Plaintiffs

Dated this 12th day of November, 2024.

By: */s/ Justin Vance*
ROBERT A DOTSON, ESQ.
JUSTIN C VANCE, ESQ.
Dotson Law
5355 Reno Corporate Drive, Ste 100
Reno, NV 89511

NEIL A. ROMBARDO, ESQ.
SARA K. MONTALVO, ESQ.
Washoe County School District
P.O. Box 30425
Reno, NV 89520-3425
Attorneys for Defendant
WASHOE COUNTY SCHOOL DISTRICT

Dated this 12th day of November, 2024.

THORNDAL ARMSTRONG, PC


By: */s/ Katherine Parks*
KATHERINE F. PARKS, ESQ.
6590 S. McCarran Blvd, Suite B
Reno, NV 89509
Attorney for Defendant
BEAU WALKER

## **ORDER**

IT IS SO ORDERED.

DATED: This 13th day of November 2024.

_____
UNITED STATES DISTRICT JUDGE