SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com
*Counsel for Plaintiffs*

JOSEPH S. GILBERT, ESQ.
Nevada State Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Avenue
Reno, Nevada 89501
Tel: (775) 284-7700
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BROOKLYN TONI, an individual, and DOMINIQUE JARDIN, guardian filing on behalf of minor N.J., <br><br> Plaintiffs, <br><br> vs. <br><br> WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and individual, BEAU WALKER, an individual, KYLE FORD, an individual, and DOES I-XX, <br><br> Defendants. | Case No.: **3:23-CV-00229-MMD-CLB** <br><br> **ORDER GRANTING STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR WASHOE COUNTY SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between SIGAL CHATTAH, ESQ., Counsel for Plaintiff, Dominique Jardin, guardian filing on behalf of minor N.J. ("Plaintiff"), and JUSTIN VANCE, ESQ., Counsel for Defendant, WASHOE COUNTY SCHOOL DISTRICT ("Defendant"), the following:

1. On December 23, 2024, Defendant filed its Motion for Summary Judgment (ECF No. 59);

2. Whereas, Plaintiff's Opposition to the Motion is due by January 13, 2025;

3. The parties agreed to a two-week extension to file said Opposition until January 27, 2025;

4. The parties agreed that Defendant's Response to the Opposition will be due by February 19, 2025, as Defendant's counsel is in trial during the beginning of the month of February;

5. The additional time requested herein is not sought for the purposes of delay, but to allow both counsel adequate time to brief the outstanding issues contained in the Motion and subsequently, the Opposition;

6. The parties confirm that this stipulated first extension is not dilatory in nature.

Dated this 13th day of January, 2025.

___/s/*Justin Vance*_____                                             ___/s/*Sigal Chattah*_____
JUSTIN VANCE, ESQ.                                                     SIGAL CHATTAH, ESQ.
Counsel for Defendants                                                      Counsel for Plaintiffs

## **ORDER**

IT IS THEREFORE ORDERED that the Parties Stipulations as entered above and the briefing schedule shall proceed accordingly.

Dated this <u>14th</u> day of January, 2025.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT

2