Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendant
BEAU WALKER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BROOKLYN TONI, an individual, and DOMINQUE JARDIN, guardian filing on behalf of minor N.J.,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and individual, BEAU WALKER, an individual, KYLE FORD, an individual, and DOES I-XX,<br><br>Defendants. | Case No.   3:23-cv-00229-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO BEAU WALKER, ONLY** |

COMES NOW Plaintiff, DOMINQUE JARDIN, guardian filing on behalf of minor N.J., and Defendants WASHOE COUNTY SCHOOL DISTRICT and BEAU WALKER, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice as to BEAU WALKER, only, and each party to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

- 1 -

1  Dated this 10th day of February, 2025.         Dated this 10th day of February, 2025.

By:   */s/ Sigal Chattah*                          By:   */s/ Justin Vance*
        SIGAL CHATTAH, ESQ.                              ROBERT A DOTSON, ESQ.
        Chattah Law Group                                JUSTIN C VANCE, ESQ.
        5875 S. Rainbow Blvd., #203                      Dotson Law
        Las Vegas, NV  89118                             5355 Reno Corporate Drive, Ste 100
                                                         Reno, NV 89511
        JOSEPH S. GILBERT, ESQ.
        Joey Gilbert Law                                 NEIL A. ROMBARDO, ESQ.
        405 Marsh Avenue                                 SARA K. MONTALVO, ESQ.
        Reno, NV  89501                                  Washoe County School District
        Attorneys for Plaintiffs                         P.O. Box 30425
                                                         Reno, NV 89520-3425
                                                         Attorneys for Defendant
                                                         WASHOE COUNTY SCHOOL
                                                         DISTRICT

Dated this 10th day of February, 2025.

THORNDAL ARMSTRONG, PC


By:   */s/ Katherine Parks*
        KATHERINE F. PARKS, ESQ.
        6590 S. McCarran Blvd, Suite B
        Reno, NV 89509
        Attorney for Defendant
        BEAU WALKER

**ORDER**

IT IS SO ORDERED.

DATED: This _____ day of _____2025.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -