1  Katherine F. Parks, Esq.
   Nevada Bar No. 6227
2  Thorndal Armstrong, PC
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   Tel:  (775) 786-2882
4  kfp@thorndal.com
   Attorney for Defendant
5  BEAU WALKER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKLYN TONI, an individual, and DOMINQUE JARDIN, guardian filing on behalf of minor N.J.,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and individual, BEAU WALKER, an individual, KYLE FORD, an individual, and DOES I-XX,<br><br>Defendants. | Case No.   3:23-cv-00229-MMD-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO BEAU WALKER, ONLY** |

COMES NOW Plaintiff, DOMINQUE JARDIN, guardian filing on behalf of minor N.J., and Defendants WASHOE COUNTY SCHOOL DISTRICT and BEAU WALKER, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice as to BEAU WALKER, only, and each party to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

- 1 -

Dated this 10th day of February, 2025.

By:   */s/ Sigal Chattah*
     SIGAL CHATTAH, ESQ.
     Chattah Law Group
     5875 S. Rainbow Blvd., #203
     Las Vegas, NV  89118

     JOSEPH S. GILBERT, ESQ.
     Joey Gilbert Law
     405 Marsh Avenue
     Reno, NV  89501
     Attorneys for Plaintiffs

Dated this 10th day of February, 2025.

By:   */s/ Justin Vance*
     ROBERT A DOTSON, ESQ.
     JUSTIN C VANCE, ESQ.
     Dotson Law
     5355 Reno Corporate Drive, Ste 100
     Reno, NV 89511

     NEIL A. ROMBARDO, ESQ.
     SARA K. MONTALVO, ESQ.
     Washoe County School District
     P.O. Box 30425
     Reno, NV 89520-3425
     Attorneys for Defendant
     WASHOE COUNTY SCHOOL DISTRICT

Dated this 10th day of February, 2025.

THORNDAL ARMSTRONG, PC


By:   */s/ Katherine Parks*
     KATHERINE F. PARKS, ESQ.
     6590 S. McCarran Blvd, Suite B
     Reno, NV 89509
     Attorney for Defendant
     BEAU WALKER

## **ORDER**

    IT IS SO ORDERED.

    DATED: This 10th day of February 2025.

                                    UNITED STATES DISTRICT JUDGE