ROBERT A. DOTSON
Nevada State Bar No. 5285
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel: (775) 501-9400
Email: rdotson@dhvnv.com
          jvance@dhvnv.com
*Attorneys for Defendant,*
*Washoe County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKLYN TONI, an individual, and DOMINIQUE JARDIN, guardian filing on behalf of minor N.J, <br><br> Plaintiffs, <br> vs. <br><br> WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and individual, BEAU WALKER, an individual, KYLE FORD, an individual, and DOES I -XX <br> Defendants. | Case No.: 3:23-cv-00229-MMD-CLB <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO WASHOE COUNTY SCHOOL DISTRICT** |

COMES NOW Plaintiff, DOMINQUE JARDIN, guardian filing on behalf of minor N.J., and Defendant WASHOE COUNTY SCHOOL DISTRICT, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the

///

///

///

///

///

1

above-entitled matter be dismissed with prejudice as to WASHOE COUNTY SCHOOL DISTRICT, and each party to bear their own costs and attorneys' fees.

Dated this 18th day of February, 2025.

By: /s/ JOSEPH S. GILBERT
    SIGAL CHATTAH, ESQ.
    Chattah Law Group
    5875 S. Rainbow Blvd., #203
    Las Vegas, NV  89118

    JOSEPH S. GILBERT, ESQ.
    Joey Gilbert Law
    405 Marsh Avenue
    Reno, NV  89501
    Attorneys for Plaintiffs

Dated this 18th day of February, 2025.

By: /s/ JUSTIN C. VANCE
    ROBERT A DOTSON, ESQ.
    JUSTIN C VANCE, ESQ.
    Dotson, Hayward & Vance, PC
    5355 Reno Corporate Drive, Ste 100
    Reno, NV 89511

    NEIL A. ROMBARDO, ESQ.
    SARA K. MONTALVO, ESQ.
    Washoe County School District
    P.O. Box 30425
    Reno, NV 89520-3425
    Attorneys for Defendant
    WASHOE COUNTY SCHOOL DISTRICT

## **ORDER**

IT IS SO ORDERED.

DATED: This _____ day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

DOTSON, HAYWARD & VANCE, PC
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA  89511