1  ROBERT A. DOTSON
   Nevada State Bar No. 5285
2  JUSTIN C. VANCE
   Nevada State Bar No. 11306
3  DOTSON, HAYWARD & VANCE, PC
   5355 Reno Corporate Dr., Ste 100
4  Reno, Nevada 89511
5  Tel: (775) 501-9400
   Email: rdotson@dhvnv.com
6         jvance@dhvnv.com
   *Attorneys for Defendant,*
7  *Washoe County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKLYN TONI, an individual, and DOMINIQUE JARDIN, guardian filing on behalf of minor N.J, <br><br> Plaintiffs, <br> vs. <br><br> WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and individual, BEAU WALKER, an individual, KYLE FORD, an individual, and DOES I -XX <br><br> Defendants. | Case No.: 3:23-cv-00229-MMD-CLB <br><br> **ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO WASHOE COUNTY SCHOOL DISTRICT** |

   COMES NOW Plaintiff, DOMINQUE JARDIN, guardian filing on behalf of minor N.J.,
and Defendant WASHOE COUNTY SCHOOL DISTRICT, by and through their counsel of
record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the

///

///

///

///

///

1

above-entitled matter be dismissed with prejudice as to WASHOE COUNTY SCHOOL DISTRICT, and each party to bear their own costs and attorneys' fees.

Dated this 18th day of February, 2025.                Dated this 18th day of February, 2025.

By: /s/ JOSEPH S. GILBERT                By: /s/ JUSTIN C. VANCE
    SIGAL CHATTAH, ESQ.                          ROBERT A DOTSON, ESQ.
    Chattah Law Group                                  JUSTIN C VANCE, ESQ.
    5875 S. Rainbow Blvd., #203                  Dotson, Hayward & Vance, PC
    Las Vegas, NV  89118                              5355 Reno Corporate Drive, Ste 100
                                                                          Reno, NV 89511
    JOSEPH S. GILBERT, ESQ.
    Joey Gilbert Law                                     NEIL A. ROMBARDO, ESQ.
    405 Marsh Avenue                                 SARA K. MONTALVO, ESQ.
    Reno, NV  89501                                     Washoe County School District
    Attorneys for Plaintiffs                             P.O. Box 30425
                                                                          Reno, NV 89520-3425
                                                                          Attorneys for Defendant
                                                                          WASHOE COUNTY SCHOOL
                                                                          DISTRICT

## ORDER

IT IS SO ORDERED.

DATED: This 19th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE